**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Tricia M. and Paul M., Defendants,

Of whom Paul M. is the Appellant.

In the interest of a minor child under the age of eighteen.

Appellate Case No. 2012-212636

―――――――――

Appeal From Greenville County
Alex Kinlaw, Jr., Family Court Judge

―――――――――

Unpublished Opinion No. 2013-UP-173
Submitted April 1, 2013 – Filed April 25, 2013

―――――――――

**AFFIRMED**

―――――――――

S. Allan Hill, of Temple, Mann, Briggs & Hill, of
Greenville, for Appellant.

Rebecca Rush Wray, of the South Carolina Department
of Social Services, of Greenville, for Respondent.

Robert A. Clark, of Robert A. Clark Attorney at Law, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:**  Paul M. appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2012).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**SHORT, THOMAS, and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.